**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2034**

———————

MUZIO B. ROBERTO; MARY K. ROBERTO,

Plaintiffs - Appellants,

versus

ROSALYN BELL, Circuit Court Judge, Montgomery
County, Maryland; VINCENT FERRETTI, Circuit
Court Judge, Montgomery County, Maryland; ANN
HARRINGTON, Circuit Court Judge, Montgomery
County, Maryland; PAUL WEINSTEIN, Circuit
Court Judge, Montgomery County, Maryland;
LOUISE SCRIVNER, Circuit Court Judge, Mont-
gomery County, Maryland,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-00-1438-AW)

———————

Submitted: February 21, 2002        Decided: March 4, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Muzio B. Roberto, Mary K. Roberto, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Muzio B. Roberto and Mary K. Roberto appeal from the district court's order denying their motion to reconsider a prior order dismissing their civil action against several Maryland state court judges.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Roberto v. Bell, No. CA-00-1438-AW (D. Md. July 12, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED